# **EXHIBIT D**

**Subject:** FW: Plush Paws - Fwd: Your Report of Rights Infringement on Amazon.com

**From:** "notice@amazon.com" <notice@amazon.com>
**Subject: Your Report of Rights Infringement on Amazon.com**
**Date:** July 19, 2015 at 10:22:56 PM MST
**To:** "info@versaliving.com" <info@versaliving.com>
**Reply-To:** "notice@amazon.com" <notice@amazon.com>

Hello,

Amazon respects the intellectual property of others and requires that sellers posting on our site do the same. Based on the information in your complaint, we have removed the items listed at the end of this message.

Best regards,
Seller Performance
Amazon.com
http://www.amazon.com

Items Removed from Amazon.com
=========================================
UctechDirect
ASIN: B00XP5TZJ4, Yowag Dog Seat Cover with the Best Nonslip Waterproof Rubber Backing and Seat Anchors for Most Cars, Trucks, and Suvs

DogStuff-4u
ASIN: B00UW2DB8O, Premium Bench Car Seat Cover For Pet + FREE PET SEATBELT, Protect Leather, Cloth from Dog Cat Kid. Water Resistant, Machine Washable, Cars, SUV & Trucks-(Size: Reg 54", Tan) by Downtown Pet Supply

==SPARK PRODIGY LLC==
==ASIN: B00TF4DHGG, PRIME DAY SALE - Pet Seat Cover with Seat Anchors - Waterproof Non-slip Rubber Backing with Bonus Pair of Best Harness and Seat Belt for Cars, Trucks, Suv's and Vehicles==

Lanyar
ASIN: B00XXKXQS2, Lanyar Microfiber Dog Car Bucket Seat Cover for Pets Seat Protector, Dark Grey

STRONG CAMEL USA
ASIN: B0107QVD8E, Strong Camel Waterproof Pet Car Auto Back Seat Cover Travel Hammock Dog Cat Mat--GREY color

Onix Venture Group
ASIN: B00ZDAJ34Q, Dog Car Seat Cover -Waterproof Non Slip Padded Quilted Protector with

1

Seat Anchors and Heat Straps

Devoted Doggy
ASIN: B00WDTU3AS, Devoted Doggy Deluxe Bucket Dog Seat Cover - Waterproof Material Bucket Seat Protection With Skirt To The Floor - Fits Cars, SUVs and Trucks - Dogs Love Unique Nonslip Backing With Seat Anchors

Lanyar
ASIN: B00WPDP62W, Microfiber Pet Seat Cover Hammock Dark Grey (Xx-large:64"x66")

Devoted Doggy
ASIN: B00UUUCORW, Devoted Doggy Premium Dog Seat Cover with Hammock Feature - Waterproof Material for Back Seat Protection - Fits Cars, SUVs and Bench in Trucks - Dogs Love Unique Nonslip Backing with Seat Anchors

Krunco, BLINQ
ASIN: B00AEB7FOY, Krunco Waterproof Pet Car Door Cover - Black, Two Options To Install- Insert The Tabs Or Stick The Velcros. Fit All Vehicles.